898

No. 83–5285.  HARRIS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–5288.  BILLUPS v. MASSACHUSETTS.  Ct. App. Mass. Certiorari denied.

No. 83–5292.  WILLIAMS v. PEPSI-COLA BOTTLING CO.  C. A. 8th Cir.  Certiorari denied.

No. 83–5294.  FIELDS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 83–5295.  BILLIOT ET AL. v. DUNCAN CREW BOAT RENTALS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–5299.  FLORES ET AL. v. ARANGUREN.  Dist. Ct. Union County, N. J.  Certiorari denied.

No. 83–5301.  DUGAR v. ABRAMS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–5315.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5318.  EHNES v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 83–5321.  MAXCY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5323.  CROUCH v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 83–5325.  BAXTER v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 83–5327.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–5328.  FRANKEL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–5331.  CASCANTE-BERNITTA v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 83–5333.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.